UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

YING BAO,

                Plaintiff,

    - against -

NEW A & N FOOD MARKET, INC., et al.,

                Defendants.

- - - - - - - - - - - - - - - - -X

*3/21/16*

*Adopted without reservation or objections. Clerk to enter judgment.*

s/Raymond J. Dearie

REPORT AND RECOMMENDATION

CV 2014-6757 (RJD)(MDG)

GO, United States Magistrate Judge:

Plaintiff Ying Bao brings this employment discrimination action against defendants New A & N Food Market, Inc. ("A & N"), Tu-chen Lin ("Lin"), De Kuan Chen ("Chen"), Jin Chun Chen and Xue Yung Li alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"), the New York City Human Rights Law, New York City Administrative Code § 8-107(a) ("NYCHRL") and state law. In her complaint, plaintiff alleges that she was sexually harassed and discriminated against because of her gender.

Following defendants' failure to answer or otherwise respond to the complaint, the Honorable Raymond J. Dearie referred to me plaintiff's motion for default judgment to report and recommend.

## FACTUAL BACKGROUND

The following facts are taken from plaintiff's complaint. In support of her motion for default judgment, plaintiff submitted a declaration which recites many of the allegations of